## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 05-cv-02242-REB-PAC

THE ESTATE OF JAY SILVAS, by and through its Personal Representative Kristy Silvas, and
KRISTY SILVAS, individually,

    Plaintiffs,

v.

TRELLEBORG SEALING SOLUTIONS, US, INC.,
d/b/a TRELLEBORG AMERICAN VERISEAL CORPORATION,
d/b/a POLYMER SEALING SOLUTIONS, INC.,
d/b/a BUSAK + SHAMBAN MOUNTAIN,
FORTIS BENEFITS INSURANCE COMPANY, and
METROPOLITAN LIFE INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On February 2, 2006, the parties filed a **Stipulation for Dismissal With Prejudice** [#37]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#37], filed on February 2, 2006, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That any pending motion is **DENIED** as moot.

Dated February 3, 2006, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**